# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Sterling Conley Hurt,

Plaintiff(s),

v.

Mississippi John Hurt Foundation,

Defendant(s).

Case No. 1:19-cv-05662
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Defendant's Motion to Dismiss is granted. Plaintiff's forgery, money laundering and copyright infringement claims are dismissed with prejudice. Plaintiff has not filed an amended comaplint curing the deficiencies identified as to the remaining claims. This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion to dismiss.

Date: 10/20/2021                                    Thomas G. Bruton, Clerk of Court

                                                    E. Wall, Deputy Clerk